## MEMORANDUM DECISIONS.

THE ATLAS. THE LEONARD J. BUSHBY. (Circuit Court of Appeals, Second Circuit. March 17, 1905.) No. 49. Appeal from the District Court of the United States for the Eastern District of New York. Avery F. Cush-man, for appellant. Albert A. Wray, for the Bushby. Le Roy S. Gove, for appellee Follette. Before WALLACE, LACOMBE, and COXE, Circuit Judges.

PER CURIAM. Decree (115 Fed. 856) affirmed, without interest or costs.

CELLA COMMISSION CO v. MOORE. (Circuit Court of Appeals, Eighth Circuit. December 9, 1904.) No. 2,064. In Error to the Circuit Court of the United States for the Eastern District of Missouri. Chester H. Krum, for plaintiff in error. Walter H. Saunders and E. L. Brown, for defendant in error. No opinion. Affirmed, with costs.

FITZ v. LEADAM. (Circuit Court of Appeals, Second Circuit. March 20, 1905.) No. 164. Appeal from the Circuit Court of the United States for the Eastern District of New York. E. C. Verrill, for appellant. Henry D. Wil-liams, for appellee. Before WALLACE, LACOMBE, and TOWNSEND, Cir-cuit Judges.

PER CURIAM. Decree (132 Fed. 659) affirmed, with costs, on opinion of Judge Thomas in Circuit Court.